KAREN P. HEWITT
United States Attorney
GEORGE V. MANAHAN
Assistant U.S. Attorney
California State Bar No. 239130
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: 619 557-7174 (Office); 557-5551 (Fax)
Email: george.manahan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08-cr-1404-BTM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| ABEL EDUARDO FLORES-PARTIDA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

U S Attorney CR.

Please feel free to call me if you have any questions about this notice.

DATED: July 1, 2008.

KAREN P. HEWITT
United States Attorney

s/ *George V. Manahan*
George V. Manahan
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-cr-1404-BTM |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ABEL EDUARDO FLORES-PARTIDA, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

    I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Jodi D Thorp
    427 C Street
    Suite 300
    San Diego, CA 92101
    Email: jodithorp@thorplawoffice.com
    Attorney for Defendant

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 1, 2008.

    s/ *George V. Manahan*
    GEORGE V. MANAHAN