**JODI D. THORP**
California Bar No. 223663
427 "C" Street Suite 300
San Diego, California 92101
Telephone: (619) 233-3169 ext. 14
jodithorp@thorplawoffice.com

Counsel for Mr. Flores-Partida

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1404-BTM |
| Plaintiff, ) | DATE: August 29, 2008 |
| ) | TIME: 8:45 A.M. |
| v. ) | |
| ) | MOTION FOR ORDER |
| ABEL FLORES-PARTIDA, ) | TO SHORTEN TIME |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in the attached *Sentencing Memorandum* to two (2) days, to be heard August 29, 2008, at 8:45 a.m. or as soon thereafter as counsel may be heard. Counsel was expecting supporting documentation from Mexico that would assist with the Sentencing Memorandum. Due to difficulties receiving the documents from Mexico, counsel still has not been able to retrieve the supporting documentation. However, counsel did not wish to seek a continuance in this case as Mr. Flores-Partida could receive a time served sentence if this Court agrees with defense counsel's recommendation.

Respectfully submitted,

    /s/   *Jodi Thorp*

DATED: August 27, 2008                  JODI THORP
Counsel for Mr. Flores-Partida