1  JODI DENISE THORP
   California Bar 223663
2  427 "C" Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169 ext. 14
   jodithorp@thorplawoffice.com
4
   Counsel for Mr. Flores-Partida

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  08CR1404-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| ABEL FLORES-PARTIDA | ) | |
| Defendant. | ) | CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:       August 27, 2008                /s/ *Jodi D. Thorp*
                                             JODI D. THORP
                                             Counsel for Mr. Flores-Partida