UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ABEL FLORES PARTIDA,  )<br>  )<br>   Defendant.  )<br>  )<br>_____  ) | Case No.  08CR1404-BTM<br><br><br><br><br>**ORDER TO SHORTEN TIME** |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's sentencing memorandum be shortened to two (2) days, to be heard August 29, 2008 at 8:45 a.m. or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: August 28, 2008

_/s/ Barry Ted Moskowitz_
Honorable Barry Ted Moskowitz
United States District Judge